# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138390-1(48)(49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHERIF CUNMULAJ and DAWN CUNMULAJ,
      Plaintiffs-Appellants,

v

KRISTEN CHANEY and HAROLD SCHOTT,
      Defendants-Appellees.

SC: 138390
COA: 282264
Ingham CC: 07-000031-NZ

_____/

SHERIF CUNMULAJ and DAWN CUNMULAJ,
      Plaintiffs-Appellants,

v

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

SC: 138391
COA: 282265
Ct of Claims: 07-000073-MK

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The motion for reconsideration of this Court's May 27, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0831